**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-02320-REB-MEH

LORRAINE SUE DODSON,

     Plaintiff,

v.

MORTGAGELTT, a Subsidiary of Deutsche Bank,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter comes before the court on the plaintiff's correspondence [#4] filed December 12, 2008, to the court advising the court that plaintiff is moving to dismiss her complaint against defendant Mortgagelt. Plaintiff's correspondence provides in relevant part as follows: "I Lorraine S. Dodson am filing a motion to dismiss case #08-cv-02320-REB-MEH against Mortgagelt." The court construes this correspondence as a notice of dismissal under Fed.R.Civ.P. 41(a)(1)(A)(i). After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed without prejudice as provided in Fed.R.Civ.P. 41(a)(1)(B).

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the plaintiff's notice of dismissal [#4] filed December 12, 2008, is **APPROVED**; and

2. That this action is **DISMISSED** without prejudice.

Dated December 17, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**